IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00548-BNB

ANDRE J. TWITTY,

    Plaintiff,

v.

A.G. MUKASEY,
ACTING ATTORNEY U.S.D.O.J. NAME UNKNOWN,
HARLEY G. LAPPIN, Dir. B.O.P.,
HARRELL WATTS, Remedy Clerk (B.O.P. Central),
MIKE K. NALLEY, Regional Dir.,
M. FIELDS, Regional Remedy Clerk B.O.P.,
RONNIE WILEY, Warden FLM B.O.P.,
"L" (LAST NAME UNKNOWN) Remedy Clerk, FLM, and
C. SYNSVOLL, Legal Advisor FLM,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 01 2008

GREGORY C. LANGHAM
                CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Andre J. Twitty, submitted *pro se* a Prisoner Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted document was deficient. Notwithstanding the deficiencies, on March 18, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action. Mr. Twitty was directed to cure certain enumerated deficiencies if he wished to pursue his claims. He specifically was directed to submit within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $350.00 filing fee, and to submit an amended Prisoner Complaint on the proper, Court-approved form. On April 9, 2008, Mr. Twitty submitted the amended

Prisoner Complaint as directed. However, he failed within the time allowed to cure the remaining deficiencies. Therefore, the amended complaint and the action will be dismissed without prejudice for failure to cure. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for the failure of Plaintiff, Andre J. Twitty, to cure all the designated deficiencies within the time allowed.

DATED at Denver, Colorado, this 30 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00548-BNB

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/1/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk